**Order entered December 19, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00864-CV

### JOHNSON & JOHNSON, ET AL., Appellants

### V.

### LINDA BATISTE, Appellee

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-14350**

## ORDER

We **GRANT** appellee's December 17, 2014 unopposed second motion for an extension of time to file a brief. Appellee shall file a brief by **JANUARY 12, 2015**. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
          JUSTICE